STATE OF NEW JERSEY, DEFENDANT IN ERROR, v. LOUIS FRIEDMAN, ALSO KNOWN AS "LABEL" FRIEDMAN, PLAINTIFF IN ERROR.

Argued October 23, 1947—Decided January 29, 1948.

For the plaintiff in error, *Edward I. Feinberg* (*Isaac C. Ginsburg,* of counsel).

For the defendant in error, *Lewis P. Scott* (*David R. Brone,* of counsel).

PER CURIAM.

The judgment under review herein is affirmed, for the reasons expressed in the opinion delivered by Mr. Justice Heher in the Supreme Court.

*For affirmance*—THE CHANCELLOR, BODINE, DONGES, WACHENFELD, EASTWOOD, BURLING, WELLS, DILL, FREUND, McLEAN, SCHETTINO, JJ.  11.

*For reversal*—None.